UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| J. H., a minor by his mother, KIMBERLY D. KENDRICK,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN, Commissioner of the Social Security Administration,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　1:14-cv-00756-RLY-MJD<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Kimberly Kendrick, Plaintiff's mother, filed a request for judicial review of the final decision of the Commissioner of the Social Security Administration denying Plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act, 42 U.S.C. § 1382. The court referred the matter to the Magistrate Judge, who issued his report and recommendation. The Magistrate Judge concluded that substantial evidence supported the ALJ's decision that J.H. was not disabled. Neither party objects. After review, the court **ADOPTS** the Magistrate Judge's report and recommendation (Filing No. 22) and **AFFIRMS** the ALJ.

**SO ORDERED** this 12th day of March 2015.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　RICHARD L. YOUNG, CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.